IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAMELA B. JORDAN,<br>    Plaintiff,<br>    v.<br><br>PHH MORTGAGE CORPORATION,<br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:10-CV-967-TWT |

### ORDER

This is a pro se civil action arising out of a foreclosure proceeding. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 2]. I approve and adopt the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 2] is GRANTED. The Defendant's Motion to Set Aside Default [Doc. 6] is GRANTED.

SO ORDERED, this 3 day of December, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge